JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NKWAIN WILLIAM NGAMFON**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.**, <br><br> Defendants. | Case No. CV 17-183 DMG (JPRx) <br><br><br><br> **JUDGMENT** |

The Court having granted the motion for summary judgment of Defendants United States Department of Homeland Security, et al. by order dated October 17, 2018 [Doc. # 55],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: October 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-